# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

COREY SOILEAU, *et al.*,

     Plaintiffs,

v.

REPUBLIC MORTGAGE, LLC, *et al.*,

     Defendants.

Case No. 2:12-CV-00704-KJD-CWH

**ORDER**

     Court mail addressed separately to *pro se* Plaintiffs has been returned as undeliverable. Accordingly, the Court dismisses the complaint against Defendants without prejudice in accordance with Local Special Rule 2-2 for each Plaintiff's failure to update his current address.

**IT IS SO ORDERED.**

     DATED this 6th day of September 2012.


_____
Kent J. Dawson
United States District Judge