# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COREY SOILEAU, *et al.*, | |
| Plaintiffs, | Case No. 2:12-CV-00704-KJD-CWH |
| v. | **ORDER** |
| REPUBLIC MORTGAGE, LLC, *et al.*, | |
| Defendants. | |

Court mail addressed separately to *pro se* Plaintiffs has been returned as undeliverable. Accordingly, the Court dismisses the complaint against Defendants without prejudice in accordance with Local Special Rule 2-2 for each Plaintiff's failure to update his current address.

**IT IS SO ORDERED.**

DATED this 6th day of September 2012.


_____
Kent J. Dawson
United States District Judge